# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| LORENZO BROOKS, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:15-CV-1378 JCH |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. The Court ordered the Office of the Public Defender for the Eastern District of Missouri to file a notification in the Court whether or not it would represent movant in these proceedings. Counsel asked for extra time to file the notification, and it was due no later than December 3, 2015. It has not yet been filed.

Accordingly,

**IT IS HEREBY ORDERED** that counsel for movant must notify the Court within seven (7) days of this Order whether he will represent movant in this matter.

Dated this   15th   day of July, 2016.

\s\ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE